

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-17-2009

# Daley v. Fed Bur Prisons

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1389

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Daley v. Fed Bur Prisons" (2009). *2009 Decisions.* Paper 987.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/987

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1389
_____

JOHN R. DALEY, JR.,
                                        Appellant
vs.

FEDERAL BUREAU OF PRISONS; WARDEN FCI SCHUYLKILL
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. Civ. No. 05-cv-01955)
District Judge:  Honorable Malcolm Muir
_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 30, 2009
Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
Opinion filed : July 17, 2009
_____

OPINION
_____

PER CURIAM.

        John R. Daley, Jr., a former federal prisoner proceeding pro se, appeals an

order of the United States District Court for the Middle District of Pennsylvania denying

his post-judgment motion.  We will affirm the District Court's order.

In 2005, the District Court granted in part and denied in part Daley's petition for a writ of habeas corpus. Daley successfully challenged the validity of a Bureau of Prison regulation regarding the designation of inmates to community confinement. The District Court subsequently denied Daley's motion for attorney's fees. We affirmed the District Court's order in August 2006.

Two years later, in August 2008, Daley filed a document in District Court entitled "Re: Reinstatement of Civil Action No. D.C. Civ. No. 05-cv-01955, No. 06-1799., Also Relief from Judgment, Motion to Vacate the Previous Judgment and Restore the Action to Docket, 'Attorney Fees,' Costs." The District Court denied the motion, noting that Daley's filing consisted of citations and disjointed statements and failed to include a recitation of the facts, any argument, and any attempt to establish that the motion was timely.

In December 2008, Daley filed another document, which was entitled "Re: (Petitioner's-Plaintiff's) Motion for Docket Number and Status Also Attorney Fee's, Costs . . . Reinstatement of Civil Action No. 4:CV-05-2181; No. 06-2850, Also Relief From Judgment, Motion to Vacate the Previous Judgment and Restore the Action to Docket for Trial." At the top of the document, Daley placed the docket number for this case, 05-cv-01955. The District Court denied the motion, again noting that Daley's filing consisted of citations and disjointed statements and failed to include a recitation of the facts, any argument, and any attempt to establish that the motion was timely. Daley

2

appeals the denial of his December 2008 motion.[1]

The District Court did not err in denying Daley's motion, which the District Court aptly described as consisting of citations and disjointed statements and lacking a recitation of the facts or any argument. Accordingly, because this appeal does not raise a substantial question, we will summarily affirm the order of the District Court.

---

[1] Daley's motion to reopen his appeal and motion to proceed in forma pauperis are granted. Daley's motion to reconsider the Clerk's order dated March 19, 2009, is denied.